IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAUREEN SIMMONS, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 04-0675-CG-M |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on Defendant's Motion to Retax Costs (Doc. 172). The motion was filed almost nine months ago. Plaintiff has not responded.

Defendant asks that the costs of depositions "necessarily obtained for use in the case" be taxed against the plaintiff. See 28 U.S.C. § 1920(2). Because the depositions in question were relied upon and addressed by the parties in connection with the United States' summary judgment motion, it appears that they are properly taxable under the statute.

Accordingly, the motion is **GRANTED**. Costs in the amount of $8,253.25 are hereby taxed against Plaintiff.

**DONE and ORDERED** this 1st day of December, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE